UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANDREA JOHNSON

CIVIL ACTION

VERSUS

NUMBER 09-150-FJP-DLD

TALMADGE BUNCH, SHERIFF EAST
FELICIANA PARISH, ET AL.

OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the motion for summary judgment[1] shall be GRANTED and plaintiff's federal claims under 42 U.S.C. § 1983 and 1988 against defendants shall be DISMISSED with prejudice.

The Court also refuses to exercise pendent jurisdiction with respect to plaintiff's state law claims.

IT IS FURTHER ORDERED that the state law claims be dismissed without prejudice.

Baton Rouge, Louisiana, March 10, 2011.

*[signature]*

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 12.

Doc#47169