UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANDREA JOHNSON

VERSUS

TALMADGE BUNCH, SHERIFF EAST
FELICIANA PARISH, ET AL.

CIVIL ACTION

NUMBER 09-150-FJP-DLD

### J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered in favor of the defendants, against the plaintiff, dismissing the plaintiff's federal claims under 42 U.S.C. § 1983 and 1988 against defendants with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that the Court declines to exercise pendent jurisdiction with respect to plaintiff's state law claims, and plaintiff's state law claims are dismissed without prejudice.

Baton Rouge, Louisiana, March 10, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#47169